IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WARITH T. A. ZAJRAEL,
ADC #094066,
also known as Herman Hunter, IV                                              PLAINTIFF

v.                           2:07CV00158 JMM/HDY

GREG HARMON, et al.                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Norman Hodges, Jr. be DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 31st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE