IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WARITH T. A. ZAJRAEL                                                         PLAINTIFF

V.                              2:07CV00158 JMM/HDY

GREG HARMON, ET AL                                                          DEFENDANTS

## ORDER

The Court has received the proposed findings and recommendations from United States Magistrate Judge H. David Young. After review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction (DE #9) is DENIED.

IT IS SO ORDERED this 28th day of April 2008.

_____
United States District Judge