IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WARITH T.A. ZAJRAEL,
ADC #094066                                                                                          PLAINTIFF

2:07CV00158HLJ

GREG HARMON, et al.                                                                              DEFENDANTS

ORDER

By Order dated August 7, 2008, this Court directed defendants to provide the last-known address of defendant Randy Jackson, who has not yet been served (DE #73). Defendants responded with a motion to seal document (DE #80), in which they state they have no record of an employee named Randy Jackson, but did at one time employ an individual named Robert Jackson. Defendants provide his last-known address for purposes of service, and ask the Court to seal the address. The Court will grant defendants' motion and will direct that summons be reissued and service effected on defendant Robert Jackson at the address noted under seal. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion to seal (DE #80) is hereby GRANTED. The address of defendant Robert Jackson shall be placed under seal in the Clerk's Office, and the address set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendant Robert Jackson, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 8) on defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaints and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the

1

Court, who shall then remove the address prior to forwarding a copy to plaintiff.

  IT IS SO ORDERED this 27th day of August, 2008.


_____
United States Magistrate Judge