**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

WARITH T A ZAJRAEL, a/k/a
HERMAN HUNTER, IV, ADC #094066                                                    PLAINTIFF

v.                                              2:07-cv-00158-JMM-JJV

GREG HARMON, Warden, East
Arkansas Regional Unit, Arkansas
Department of Correction, *et al*.                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. After a review of those proposed findings and recommendations, and the timely objections and addendum received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 121) is GRANTED and Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 22nd day of November, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES M. MOODY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE