**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

WARITH T A ZAJRAEL, a/k/a
HERMAN HUNTER, IV, ADC #094066                                                      PLAINTIFF

v.                                     2:07-cv-00158-JMM-JJV

GREG HARMON, Warden, East
Arkansas Regional Unit, Arkansas
Department of Correction, *et al*.                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied. The trial scheduled in this matter for the week of December 6, 2010 is cancelled.

IT IS SO ADJUDGED this 22nd day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE