## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**WARITH T. A. ZAJRAEL**
**ADC #094066**                                                                                    **PLAINTIFF**

**V.**                                        **2:07CV00158 JMM**

**GREG HARMONS, et al.**                                                              **DEFENDANTS**

## ORDER

Pending before the Court is the Application of Chester H. Lauck, III, for a disbursement of funds from the Reimbursement of Out-of-Pocket Expenses Fund. Having considered the application pursuant to the guidelines and policies of the Fund, the Court orders that the Clerk of the Court distribute to Chester H. Lauck, III, the amount of five hundred seventy five dollars and fifty one cents ($575.51) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 21st day of June, 2011.

_____
James M. Moody
United States District Judge